**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 97-6159**

―――――――――

WINFIELD DACOST SPEEDE,

Petitioner - Appellant,

versus

CHARLES E. THOMPSON, Warden,

Respondent - Appellee.

―――――――――

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Jackson L. Kiser, Senior District Judge. (CA-96-573-R)

―――――――――

Submitted: May 15, 1997          Decided: May 29, 1997

―――――――――

Before RUSSELL, HALL, and HAMILTON, Circuit Judges.

―――――――――

Dismissed by unpublished per curiam opinion.

―――――――――

Winfield Dacost Speede, Appellant Pro Se. Eugene Paul Murphy, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's orders denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1997) and the order denying his motion for reconsideration. We have reviewed the record and the district court's opinion and orders and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. Speede v. Thompson, No. CA-96-573-R (W.D. Va. Dec. 17, 1996 and Jan. 7, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED